

**The relief described hereinbelow is SO ORDERED.**

**Signed October 11, 2024.**

_____
**CHRISTOPHER G. BRADLEY
UNITED STATES BANKRUPTCY JUDGE**
_____

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| MICHEAL SHANE SHRIVER | § | CASE NO. 24-10979-smr |
| SHELLI LYNN SHRIVER | § | |
| | § | |
| DEBTORS | § | CHAPTER 7 |

## ORDER TERMINATING AUTOMATIC STAY

Came on for consideration the Motion to Terminate Automatic Stay of Santander Consumer USA Inc. dba Chrysler Capital ("Santander") and the Court having heard the evidence and argument of counsel is of the opinion that good cause exists to terminate the automatic stay; it is therefore

ORDERED that the automatic stay is terminated against Debtors regarding that one certain 2016 Ford F-150 VIN: 1FTEW1CP8GKF65338 ("Vehicle"); and it is further

ORDERED that the automatic stay is also terminated against co-debtor Vickie Darlene Shriver, pursuant to 11 U.S.C. §1301 to allow Santander to pursue the collection of its indebtedness against co-debtor and the repossession of the Vehicle; it is further

ORDERED that Santander shall have ninety (90) days to amend its claim or the claim shall be deemed to be paid in full; and it is further

ORDERED that notwithstanding FRBP Rule 4001(a)(3) the stay shall lift immediately upon entry of this Order.

###End of Order###

/s/ Blake Rasner
Blake Rasner
*Attorney for Santander Consumer USA Inc. dba Chrysler Capital*
 HALEY & OLSON, P.C.
100 N. Ritchie Road, Suite 200
Waco, Texas 76712
Telephone: (254) 776-3336
Fax: (254) 776-6823
Bar Card No. 16555700
Email: brasner@haleyolson.com